**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SARA POLSTON,<br>Plaintiff,<br>v.<br>JUSTIN FARRIS, in his official capacity as Director of the Oklahoma Department of Corrections,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-cv-02265-G |

**DECLARATION OF MARK M. ROTHROCK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Mark Rothrock, hereby declare as follows:

1. I am an attorney at Lehotsky Cohn LLP and counsel representing Plaintiff Sara Polston in the above captioned case. I am a member of good standing of the bar of North Carolina, and I am admitted to practice in the Western District of Oklahoma. I make this declaration based on my personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I declare that the sources listed below and attached as exhibits are true and correct copies.

3. I respectfully submit this declaration in support of Plaintiff's Motion for Preliminary Injunction.

4. Attached hereto as **Exhibit 1.1** is a true and correct copy in PDF format of the news article: Lisa Monahan, "Norman Woman Convicted in 2023 DUI Case

Released Early Due to State Law," NEWS9 (Feb. 19, 2026), https://perma.cc/LZ37-RZWT.

5. Attached hereto as **Exhibit 1.2** is a true and correct copy of an Oklahoma Senate press release in PDF format: Press Release: "Senate Approves Hamilton Bill Preventing DUI Offenders' Participation in Electronic Monitoring Program," Okla. Senate (Mar. 25, 2026), https://perma.cc/5ZKB-QK27.

6. Attached hereto as **Exhibit 1.3** is a true and correct copy in PDF format of *In re Multicounty Grand Jury*, Case No. SCAD-2024-83, D.C. No. GJ-2024-3 (May 7, 2026) ("MCGJ Report"), https://perma.cc/ZC65-SQJU.

7. Attached hereto as **Exhibit 1.4** is a true and correct copy in PDF format of the news article: Tanner DeLeon, "Bill aims to tackle loophole in a state law," KFOR (Feb. 25, 2026), https://perma.cc/ZW64-VY4G.

8. Attached hereto as **Exhibit 1.5** is a true and correct copy in PDF format of the news article: Nolan Clay, "Stitt donor Sara Polston sues to stay out of prison for drunk driving," The Oklahoman (Aug. 27, 2026).

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Executed on August 28, 2026, in Raleigh, North Carolina.

Respectfully submitted,

*/s/ Mark M. Rothrock*

Mark M. Rothrock
LEHOTSKY COHN LLP
8513 Caldbeck Dr.
Raleigh, NC 17615
Telephone: (512) 693-8350
mark@lehotskycohn.com

*Counsel for Plaintiff Sara Polston*