# Exhibit 1.1

## Archived Page Not Found

Sorry, this page was not found in this archive:

blob:c3ab1ba5-ff55-417f-b59a-c2d646076c44/https://www.news9.com/crime/norman-woman-convicted-in-2023-dui-case-released-early-due-to-state-law

Load the live page in a new tab (or download the file, if this URL points to a file).

NEWSCAST LIVESTREAM WATCH LIVE SPONSORED BY ENVIRODISPOSE

LIVE 99° OKC, OK 1

TODAY Back-to-School Guide Extreme Heat Safety In the Spotlight with Robin Marsh

NEWS › CRIME

# Norman woman convicted in 2023 DUI case released early due to state law

Norman woman convicted of DUI released early after 73 days, sparking controversy over state law. Victim's family and DA call for legislative change in Oklahoma.

**LISA MONAHAN**

FEBRUARY 19, 2026 12:05 PM • 1 MIN READ



**Norman woman convicted in 2023 DUI case released early due to state law**

Norman woman convicted of DUI released early after 73 days, sparking controversy over state law. Victim's family and DA call for legislative change in Oklahoma.

NORMAN, Okla. - Oklahoma Department of Corrections confirms Sara Polston was released from Dr. Eddie Warrior Correctional Center on Thursday morning.

Per state statute, she served 73 days of her 15-year sentence and is now under GPS monitoring.

Polston pleaded guilty in the 2023 drunk driving crash that nearly claimed the life of 20-year-old Micaela Borrego.

## Archived Page Not Found

Sorry, this page was not found in this archive:



CRIME

**Norman woman to be released from prison 70 days into eight-year sentence after DUI crash**

FEBRUARY 17, 2026 06:35 AM 5 MIN READ

PREVIOUS COVERAGE

A district judge sentenced Polston to eight years in prison, followed by seven years on probation.

However, she became eligible for early release with GPS monitoring under state law.

Eligibility applies if the sentence is 10 years or less, the person has no prior criminal history, is not considered a threat to the community, has not failed prison programs, has no disciplinary actions while incarcerated, and shows a willingness to participate in treatment or rehabilitation programs.

Micaela Borrego's mother, Krista Borrego, said her daughter spent longer in rehabilitation than Polston spent in prison.

"Her life is forever changed," Borrego said. "She should not be the only one suffering the consequences of Sarah Polston's actions."

Cleveland County District Attorney Jennifer Austin echoed the family's frustration, calling for legislative change.

They are urging lawmakers to consider classifying DUI with great bodily injury as a violent crime, to close what Austin called a loophole in a law intended to ease prison overcrowding.

The Borrego family says Micaela is still recovering from life-altering injuries, adding that the early release feels like a "slap in the face."

In Polston's request for probation, her attorneys cited a $5 million insurance payout to the Borrego family, Polston's extensive community service, and her rehabilitation efforts to maintain sobriety.

LISA MONAHAN

**LISA MONAHAN**

Lisa Monahan, born and raised in Oklahoma City, anchors News 9 at Noon on weekdays. An award-winning journalist, her investigative reporting has led to significant changes in state law over the years. Whether uncovering corruption or unearthing evidence in cold cases, Lisa is dedicated to making a difference for her fellow Oklahomans.