# Exhibit 1.2

March 25, 2026 | 11:55am

# Senate Approves Hamilton Bill Preventing DUI Offenders' Participation in Electronic Monitoring Program

OKLAHOMA CITY – Senator Warren Hamilton, R-McCurtain, recently secured approval for Senate Bill 137. The measure prohibits any inmate who has been convicted of driving under the influence resulting in great bodily injury from participating in the Electronic Monitoring Program.

"Anyone who causes great bodily harm to another due to their decision to drive under the influence should be held accountable for their actions and serve their entire sentence behind bars. By removing this crime from the list of those eligible to be released with electronic monitoring, we are ensuring that those who commit reckless and life-altering acts face consequences proportionate to the harm they have caused," Hamilton said.

Hamilton stated the impetus of the bill was a prior situation in which the perpetrator in a tragic drunk driving accident was released through the electronic monitoring program after only serving a minuscule portion of their sentence.

"The referenced situation has shed light on gaps in our state laws that allow individuals who commit serious offenses, such as a DUI resulting in great bodily injury, to be inadvertently included in programs meant for lesser crimes. This measure removes such offenses from program eligibility, ensuring that justice is fully delivered to victims who have suffered life-altering injuries and trauma," Hamilton added.

SB 137 further specifies that inmates in Department of Corrections custody who lose eligibility to participate in the Electronic Monitoring Program shall be removed from the program entirely.

The measure advanced from the Senate on a vote of 37-8. It now moves to the House of Representatives for further consideration, where Rep. Jonathan Wilk, R-Goldsby, is the primary author.

-END-

For more information, contact: communications@oksenate.gov.