# Exhibit 1.4

OKLAHOMA CITY (**KFOR**) — State lawmakers say they are trying to close a loophole in a state law.

They say it allowed Sara Polston, who was sentenced to eight years in prison for a near-deadly DUI crash, to be released after just 73 days.

## Norman woman in near fatal 2023 DUI crash released early

The program was created as a way to ease prison overcrowding.

It allows nonviolent criminals to be monitored by GPS and a parole officer, but lawmakers don't believe anyone convicted of a crime like this should get that privilege.

"This unfortunate incident brought to light a hole in our laws," said Sen. Warren Hamilton (R- McCurtain).

Sen. Hamilton is looking to make changes to the Department of Corrections' GPS Monitoring Program.

His bill was heard on Tuesday in committee, less than a week after Sara Polston was released from prison.

If passed, it would bar those, like Polston, who are convicted of "DUI causing great bodily Injury" from being eligible.

"We always look for opportunities to make people better, even if they made a mistake, it doesn't mean they don't pay for the crime they inflicted on someone else," said Sen. Lonnie Paxton (R-Tuttle).

Polston served 73 days of an eight-year sentence for hitting Micaela Borrego in 2023.

## Norman woman will serve time for near deadly crash

She suffered a brain injury and was in a coma for two months.

She now has a speech impediment and is still undergoing therapy.

"It just feels very privileged, this is not normal," said Krista Borrego, Micaela's mother.

Micaela's mother told us last week how disappointed she was to hear the news.

"She gave her eight years, and with the stroke of a pen, the DOC was able to unravel that," said Borrego.

Last week, the DOC told us Polston became eligible for the program because of factors like no criminal past, and a history of treatment and community services.

During Tuesday's hearing, Hamilton's bill faced questions.

"If the judge had offered a certain sentence, how is DOC permitted or allowed to, in 73 days, release somebody on an ankle monitor. How do they have that authority?" asked Sen. Regina Goodwin (D-Tulsa).

"It is something that is in the purview of the DOC, and to your point about the judge doing this, the judge didn't do it," said Sen. Hamilton. "The judge awarded a sentence, and there was an expectation of significantly more time behind bars being served."

MORE

LOCAL NEWS

- It's Election Day, here's what you need to know before you vote
- Developers present their plan to Piedmont City council, more concern around proposed data center
- Audit calls into question $25 million in spending by state agencies

Ultimately, the bill passed unanimously with the support of the Senate's top lawmaker.

"Drinking and driving has consequences," said Paxton. "We encourage everybody not to do it. If people, with all the options out there today, all the ride share options, call a friend options, people still decide to get behind the wheel of a car, resulting in great bodily injury to somebody else, they need to be held accountable."

When we asked the DOC about the bill, they told us, "ODOC does not take a stance on pending legislation and complies with all state laws enacted by lawmakers."