Upgrade your Chrome brows...
Get localized weather, trending news, AI p..
Close
Add it now

Raleigh 71°F
Sign in

Search the web

Sponso

The Oklahoman Follow 27.5K Followers

# Stitt donor Sara Polston sues to stay out of prison for drunk driving

Story by Nolan Clay, The Oklahoman• 15h • 4 min read

The admitted drunk driver who got out of prison after Gov. Kevin Stitt made phone calls is suing to keep from going back.

Sara Polston asked a federal judge on Wednesday, Aug. 26, to block her return.

She went home on Feb. 19, just 73 days into an eight-year prison sentence after the Oklahoma Department of Corrections placed her in its Global Positioning Satellite Program. She is required under the program to wear an ankle monitor.

© 2026 Microsoft Your Privacy Choices Consumer Health Privacy ... Feedback

She had been ordered to prison for causing a near-fatal crash while driving drunk in Norman in 2023.

State legislators changed Oklahoma law in response to a public outcry over her release. They barred drunk drivers who cause great bodily injury from the GPS program.

They also stipulated that "loss of eligibility for the program shall result in removal of the inmate from the program."

Corrections officials plan to return her to prison once the law goes into effect Nov. 1. In her lawsuit, Sara Polston complains "that flies in the face of multiple provisions of the United States Constitution."

**More:** Stitt called Polston family hours before early release approved, new report reveals

## How the governor is connected to Sara Polston's case

A state multicounty grand jury reported in May that Sara Polston got out of prison after Stitt made "multiple calls" about her to Justin Farris, the top official at the Department of Corrections.

She is the wife of attorney Rod Polston, who played football with Stitt in high school in Norman. Both donated to his gubernatorial campaigns and hosted a fundraiser for him at their home in Norman. Stitt has acknowledged he and Rod Polston are friends.

© 2026 Microsoft Your Privacy Choices Consumer Health Privacy

Grand jurors concluded Farris and his staff believed that facilitating Sara Polston's transfer to the GPS program "would please their boss, the Governor."

"This rank political favoritism, particularly on a crime that nearly took the life of a ... young woman, is indefensible," they said in their May report.

The governor has strongly denied wrongdoing. "I did zero favors for this inmate," he told News 9, an Oklahoma City television station, on May 8. "I never called to say put her on an ankle bracelet."

## About Sara Polston's crime

Sara Polston, now 44, pleaded guilty last October to causing an accident resulting in great bodily injury while driving under the influence of alcohol.

A judge in December decided her punishment for the felony offense – eight years in prison followed by seven years on probation.

The victim, Micaela Borrego, now 23, suffered brain damage from the crash and was in a coma for two months.

© 2026 Microsoft Your Privacy Choices Consumer Health Privacy



Micaela Borrego, pictured here in a provided photo, was seriously injured in a car wreck in Norman in 2023.
© Photo provided by Krista Borrego

Polston drove her Cadillac into the victim's Kia on Feb. 7, 2023, in an intersection in Norman, police reported. She was late picking up her children from school.

Police reported she disregarded at least four stop signs and was going 66 mph in a 25 mph zone seconds before the collision.

For the presentence report to the judge, Polston said, "I made a horrible and selfish decision to drink and drive."She said she had made margaritas for a lunch with a group of women before the crash and also had stopped at a liquor store.

**More:** Gov. Stitt defends 16 phone calls to Rod Polston, denies favoritism

According to the grand jury's May report, Polston purchased a 750ml bottle of tequila at the store. Officers later found the bottle in her vehicle "uncorked and

© 2026 Microsoft Your Privacy Choices Consumer Health Privacy

She had a blood alcohol content of .158, almost twice the legal limit, and also had marijuana in her system, according to the report.

## About Sara Polston's federal lawsuit

Polston sued Farris in Oklahoma City federal court.

She is asking U.S. District Judge Charles Goodwin to declare Senate Bill 137 unconstitutional as applied retroactively to her. She also is asking the judge to permanently bar Farris from removing her from the GPS program.

She states in her lawsuit that she has "jumped right back in" with the Alcoholics Anonymous group that she has attended since 2023 and is again volunteering at a homeless shelter.

Her attorneys pointed out that the U.S. Supreme Court in 1997 found that the Oklahoma Department of Corrections violated a convict's due process rights when it automatically removed him from a community supervision program.

Attorney General Gentner Drummond plans to represent the Department of Corrections in the lawsuit.

"Sara Polston belongs in prison for severely injuring Micaela Borrego while driving drunk," his press secretary, Leslie Berger, said.

"The attorney general adamantly rejects the false claims in Ms. Polston's filings and looks forward to quickly resolving them in court," the press secretary also said. "Home confinement does not create a right to remain there."

The Department of Corrections declined comment.

*This article originally appeared on Oklahoman: Stitt donor Sara Polston sues to stay out of prison for drunk driving*


### Sponsored Content

johnnie-o.com

© 2026 Microsoft Your Privacy Choices Consumer Health Privacy