**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SARA POLSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2265-G** |
| | ) | |
| **JUSTIN FARRIS, in his official capacity as Director of the Oklahoma Department of Corrections,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is Plaintiff Sara Polston's Motion for Preliminary Injunction (Doc. No. 5), filed August 28, 2026. Defendant Justin Farris' response is due no later than September 18, 2026. *See* LCvR 7.1(g).

IT IS ORDERED that, if either party seeks to request that oral argument or an evidentiary hearing be held on the Motion for Preliminary Injunction, such request must be filed within three (3) days of the filing of Defendant's response. *See id.* R. 78.1.

IT IS SO ORDERED this 10th day of September, 2026.

CHARLES B. GOODWIN
United States District Judge